```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE EASTERN DISTRICT OF PENNSYLVANIA

TAMMARA UPTON                  :     CIVIL ACTION
                               :
          v.                   :
                               :
TEVA PHARMACEUTICALS USA,      :
INC., et al.                   :     NO. 18-4419
```

ORDER

AND NOW, this 18th day of November, 2019, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that the motion of all defendants to transfer this action under 28 U.S.C. § 1404(a) to the United States District Court for the District of Idaho is GRANTED.

```
                              BY THE COURT:


                              /s/ Harvey Bartle III
                                                    J.
```