IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: PARAGARD IUD | : | MDL DOCKET NO. 2974 |
| PRODUCTS LIABILITY | : | |
| LITIGATION, | : | |
| | : | 1:20-MD-02974-LMM |
| | : | **This Document relates to All Cases** |

## ORDER

This case comes before the Court on attorney Tara L. Blake's unopposed

motion to withdraw as counsel of record for Defendants CooperSurgical, Inc. and

The Cooper Companies, Inc. Dkt. No. [730]. For good cause shown, the motion is

**GRANTED**. The Clerk is **DIRECTED** to terminate attorney Tara L. Blake as

counsel on the MDL docket and all individual case dockets.

**IT IS SO ORDERED** this 15th day of November, 2024.

**Leigh Martin May**
**United States District Judge**